**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AZIZA DYER,<br><br>                      Plaintiff,<br><br>     v.<br><br>MAJOR FOOD GROUP LLC, 375 PARK AVE LLC, 375 PARK FOOD LLC, MARIO CARBONE, RICH TORRISI, JEFF ZALAZNICK, WILLIAM NAZAR, CHRISTINA COZAC, NICOLE KOKARAM,<br><br>                      Defendants. | Case No. 20-cv-02727<br><br>**DEFENDANTS MAJOR FOOD GROUP LLC AND 375 PARK FOOD LLC'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Major Food Group LLC and 375 Park Food LLC hereby represents that 1) 375 Park Food LLC's parent corporation is Major Food Group LLC; and 2) Major Food Group LLC has no parent corporation or public corporation owning 10% or more of its stock.

                                              Respectfully submitted,

                                              JACKSON LEWIS P.C.
                                              666 Third Avenue
                                              New York, New York 10017
                                              (212) 545-4000

Dated: August 17, 2020       By:     */s Lori D. Bauer*_____
       New York, New York                Lori D. Bauer
                                              Kenneth D. Sommer

                                              ATTORNEYS FOR DEFENDANTS
                                              MAJOR FOOD GROUP LLC AND 375
                                              PARK FOOD LLC

4820-2750-5607, v. 1